UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NICHOLAS RYAN DE PALO,

        Plaintiff,

v.                                                        Case No. 5:11-cv-554-Oc-TJC-TBS

OLAN MILLS, INC.,

        Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Motion to Enlarge Deadlines Contained in Court's ADA Scheduling Order (Doc. No. 6). The motion is provisionally GRANTED and Plaintiff has through January 12, 2012 to inspect the facility. If the defendant files an objection to this relief within 10 days from the rendition of this Order the Court will revisit the motion. In the future, the Court will require strict compliance with Local Rule 3.01(g).

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on November 14, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel