UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NICHOLAS RYAN DE PALO,

    Plaintiff,

v.                                    Case No.  5:11-cv-554-Oc-TJC-TBS

OLAN MILLS, INC.,

    Defendant.
_____/

## ORDER

Pending before the Court is the Joint Motion for Enlargement of Time to File Response to Complaint (Doc. 19) filed by plaintiff, Nicholas Ryan De Palo and defendant, Clermont Center, Ltd.  The motion includes a certificate that the parties have conferred and have jointly agreed to the relief requested.  Upon due consideration, the motion is hereby GRANTED.  Defendant, Clermont Center, Ltd., shall have through February 29, 2012 within to respond to plaintiff's Corrected Amended Complaint.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on February 10, 2012.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel